KANSAS STATE BANK OF MANHATTAN, Respondent-Appellant, v HARRISVILLE VOLUNTEER FIRE DEPARTMENT, INC., et al., Appellants-Respondents. [891 NYS2d 301]— Present—Scudder, P.J., Peradotto, Carni and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SAMMY L. SWIFT, Respondent. [891 NYS2d 301]— Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Pine, JJ.

JOHN T. NOTHNAGLE, INC., Respondent-Appellant, v PETER G. CHIARIELLO et al., Appellants-Respondents, and JOHN F. NICASTRO et al., Respondents. (Appeal No. 1.) JOHN T. NOTHNAGLE, INC., Respondent, v PETER G. CHIARIELLO et al., Appellants, et al., Defendants. (Appeal No. 2.) [891 NYS2d 301]— Present—Scudder, P.J., Smith, Carni, Pine and Gorski, JJ.

DAVID DALE, Individually and as Administrator of the Estate of VIRGINIA DALE, Deceased, Appellant, v WALETTA GENTRY, Respondent. [891 NYS2d 301]— Present—Centra, J.P., Fahey, Peradotto and Green, JJ.

KENNETH GORDON et al., Appellants, v PRESBYTERY OF WESTERN NEW YORK et al., Respondents. [891 NYS2d 301]— Present—Hurlbutt, J.P., Smith, Carni and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAYNE BARKSDALE, Appellant, v SUPERINTENDENT, MOHAWK CORRECTIONAL FACILITY, et al., Respondents. [890 NYS2d 832]— Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.